# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2020

*The Court of Appeals hereby passes the following order:*

**A19A1727. SABBATINI v. CARFAGNA.**

This Court granted Anna Sabbatini's application for discretionary review of the trial court's order dismissing the divorce action she filed against Andrea Carfagna. After careful review of the appellate briefs and entire record in this case, we conclude that the application for discretionary review was improvidently granted. The appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/23/2020*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*